IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONJA WILLIAMS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-11-GMB |
| ) | (WO – Do Not Publish) |
| TINA GOLLAKNER, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that Plaintiff's Motion in Limine (Doc. 3-6) is DENIED with LEAVE TO REFILE following the entry of a Uniform Scheduling Order.

DONE this 19th day of January, 2016.

                                                /s/ Gray M. Borden
                                      UNITED STATES MAGISTRATE JUDGE